**SO ORDERED.**
**SIGNED this 9th day of November, 2015**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

In re

RICHARD PARKER WILKINSON

Debtor

Case No. 3:15-bk-32526-SHB

# O R D E R

This matter came for hearing on November 5, 2015, on the Order issued by the court on October 7, 2015, directing Debtor to appear and show cause why his bankruptcy case should not be dismissed for failure to file the Certificate of Counseling required by Federal Rule of Bankruptcy Procedure 1007(c), establishing that he obtained the pre-petition credit counseling briefing required by 11 U.S.C. § 109(h)(1). Debtor, *pro se*, did not appear. Because Debtor did not file the required certification, the Court finds that he is not eligible to be a debtor under title 11 because he did not obtain the pre-petition credit counseling briefing within the 180 days preceding the date of the filing of his petition as required by 11 U.S.C. § 109(h)(1). Accordingly, the Court directs that this bankruptcy case is DISMISSED.

###